B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NORTH CAROLINA

In re <u>Wanda Williams Foxworth aka Wanda Teresa Foxworth aka Wanda Teresa Williams; ,</u>   Case No. <u>13-02907</u>

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Federal National Mortgage Association ("Fannie Mae"), creditor c/o Seterus | PHH Mortgage Corporation |
|---|---|
| **Name of Transferee** | **Name of Transferor** |

**Name and Address where notices to transferee should be sent:**
Federal National Mortgage Association ("Fannie Mae"),
creditor c/o Seterus, Inc.
PO Box 1047
Hartford, CT 06143-1047

**Phone:** _____

**Last Four Digits of Acct #:** XXXX8213

**Court Claim # (if known):** <u>5</u>
**Amount of Claim:** <u>165973.12</u>
**Date Claim Filed:** <u>06/04/2013</u>

**Phone:** _____

Last Four Digits of Acct #:

**Name and Address where transferee payments should be sent (if different from above):**

Federal National Mortgage Association ("Fannie Mae"),
creditor c/o Seterus, Inc.
PO Box 1047
Hartford, CT 06143-1047

**Phone:** _____

**Last Four Digits of Acct #:** XXXX8213

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Lisa Singer
Transferee/Transferee's Agent
Rosicki, Rosicki & Associates, P.C.
51 E. Bethpage Rd. Plainview, NY 11803

Date: <u>April 14, 2016</u>

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Transfer of Claim has been served via Electronic Case Filing on the following parties:

John T. Orcutt, Esq
Debtor(s) Attorney

Richard M Stearns Esq
Chapter 13 Trustee

April 15, 2016

_____
Rosemarie Fortino